# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2495

_____

Yu Fu Chen,                                    *
                                               *
           Petitioner,                         *
                                               *  Petition for Review of
      v.                                       *  an Order of the Board
                                               *  of Immigration Appeals.
Eric H. Holder, Jr., Attorney General          *
of the United States,                          *  [UNPUBLISHED]
                                               *
           Respondent.                         *

_____

Submitted:  October 27, 2010
    Filed:  November 1, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Yu Fu Chen, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). We conclude that Chen has waived review of the CAT claim by not challenging the denial of CAT relief before the BIA. See Ateka v. Ashcroft, 384 F.3d 954, 957 (8th Cir. 2004). We also conclude that the denial of asylum and withholding of removal was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review). Accordingly, we deny the petition for review.